UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MULLEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, PELICAN BAY STATE PRISON,<br><br>　　　　　Respondent. | No. 2:17-cv-01115 GGH<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Petitioner has requested to proceed with this habeas in forma pauperis and has submitted an affidavit which demonstrates he is unable to afford the costs of suit that meets the requirements of 28 U.S.C. § 1915(a). ECF No. 2. Accordingly, the request to proceed in forma pauperis will be granted.

Petitioner challenges the judgment of conviction entered against him on May 5, 2009 in the Tehama County Superior Court for shooting at an uninhabited dwelling, permitting another to discharge a firearm from a vehicle, participating in a street gang, and committing these offenses for the benefit of a gang. ECF No. 1 at 1. The Court records indicate that petitioner has previously filed a petition for relief challenging the same conviction. Civ. 2:13-cv-00165-MCE-EFB. On August 4, 2015 that petition was denied on the merits and the case was closed. 14-cv-166 at ECF 24.

1

| | |
|---|---|
| 1 | Before a second, or successive, petition is brought a petitioner must bring a motion in the |
| 2 | Ninth Circuit Court of Appeals for an order authorizing this district court to consider the petition. |
| 3 | 28 U.S.C. § 2244(b)(3)(A). According to the rule set forth in <u>Slack v. McDaniel</u>, 529 U.S. 473, |
| 4 | 485-486 (2000) will be deemed successive for purposes of this code section only where the prior |
| 5 | petition was not adjudicated on the merits. <u>See</u> <u>also</u> <u>Green v. White</u>, 223 F.3d 1001, 1002 n.1 |
| 6 | (9th Cir. 2000) *citing* <u>Slack</u>, supra. Because the prior habeas action was dismissed on the merits, |
| 7 | the instant petition is second, or successive. |
| 8 | Accordingly, IT IS ORDERED that: |
| 9 | 1. Petitioner's motion to proceed in forma pauperis is GRANTED; |
| 10 | 2. The Clerk of Court shall randomly assign a district judge to this action. |
| 11 | IT IS RECOMMENDED THAT: |
| 12 | 1. This action be dismissed; |
| 13 | 2. The Clerk of the court shall close the file. |
| 14 | These findings and recommendations are submitted to the United States District Judge |
| 15 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after |
| 16 | being served with these findings and recommendations, petitioner may file written objections |
| 17 | with the court. The document should be captioned "Objections to Magistrate Judge's Findings |
| 18 | and Recommendations." Failure to file objections within the specified time may waive the right |
| 19 | to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991). |
| 20 | Dated: June 8, 2017 |
| 21 | /s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE |